No. 97–5498.  PILGRIM v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 97–5500.  RENTERIA v. DONAHUE ET AL.  C. A. 10th Cir. Certiorari denied.

No. 97–5501.  CUNNINGHAM v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 97–5503.  TAYLOR v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 97–5504.  WHITE v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 97–5505.  WITHERS v. SCOTT, EXECUTIVE DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 97–5506.  TURNER v. DRANE ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 97–5507.  ALTSCHUL v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 97–5508.  BAKER v. MANVILLE TRUST.  C. A. 2d Cir.  Certiorari denied.

No. 97–5509.  FARMER v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 97–5511.  GHANA v. UNITED STATES ET AL.  C. A. 3d Cir. Certiorari denied.

No. 97–5514.  HODGSON v. BENSON, WARDEN.  C. A. 8th Cir. Certiorari denied.

No. 97–5517.  MCDEVITT v. KYLER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AND DIAGNOSTIC/CLASSIFICATION CENTER AT CAMP HILL, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 97–5518.  VOLEL v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 97–5521.  CARLOS v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.